EXHIBIT "A"

| IN RE: | § | Case No. 05-41825-H3-7 |
|---|---|---|
| Waserman, David & Hattie | § § § | (Chapter 7) |
| DEBTOR. | § § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| __X__ Small Dividends | | | |
| Polly Ryon Memorial Hospital<br>1705 Jackson<br>Richmond, TX 77469 | 7 | | $ 3.59 |
| _____ Unclaimed Dividends | | | |
| | Total Small Dividends | | $ 3.59 |